IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Yehia, Karim | Case Number: 06 B 12766 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 10/6/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed: July 10, 2008
Confirmed: November 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,173.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,214.00 |
| Trustee Fee: | | 212.30 |
| Other Funds: | | 0.00 |
| Totals: | 3,600.00 | 3,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,214.00 | 2,214.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 98.46 | 150.33 |
| 3. | Peoples Energy Corp | Unsecured | 71.26 | 108.80 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 485.00 | 740.53 |
| 5. | B-Line LLC | Unsecured | 99.13 | 151.35 |
| 6. | Palisades Collection LLC | Unsecured | 14.86 | 22.69 |
| 7. | AFNI | Unsecured | | No Claim Filed |
| 8. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 9. | Helvey & Associates Inc | Unsecured | | No Claim Filed |
| 10. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Account Recovery Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,982.71 | $ 3,387.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 24.00 |
| 5.4% | 64.80 |
| 6.5% | 123.50 |
| | _____ |
| | $ 212.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Yehia, Karim | Case Number:  06 B 12766 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  10/6/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

